564

No. 61. McCue et al., Trustees, *v.* Hutchinson et al. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. James M. Guiher* for petitioners. No appearance for respondents.

No. 62. Hutchinson et al. *v.* McCue et al., Trustees. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Okey P. Keadle* for petitioners. No appearance for respondents.

No. 65. Edward & John Burke, Ltd. *v.* United States. October 9, 1939. Petition for writ of certiorari to the Court of Customs and Patent Appeals denied. *Messrs. Benjamin A. Levett, James L. Gerry* and *Allan R. Brown* for petitioner. *Assistant Solicitor General Bell* and *Mr. John R. Benney* for the United States.

No. 66. Louisville Trust Co. *v.* National Bank of Kentucky et al. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Squire R. Ogden* for petitioner. *Messrs. Robert S. Marx, Frank E. Wood, Edward P. Humphrey,* and *Harry Kasfir* for respondents.

No. 67. Walker, Trustee in Bankruptcy, et al. *v.* L. Maxcy, Inc. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Claude L. Gray* and *John W.*